## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan
☒ __3rd_____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: SELETHEA J SCOTT    JOINT DEBTOR: _____    CASE NO.: 24-20945-MAM
SS#: xxx-xx- 4132    SS#: xxx-xx- _____

**I. NOTICES**

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☒ Included | ☐ Not included |

**II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE**

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,515.16 for months 1 to 60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE  ☐ PRO BONO

| | | | | | |
|---|---|---|---|---|---|
| Total Fees: | $5,275.00 | Total Paid: | $80.00 | Balance Due: | $5,195.00 |
| Payable | $862.45 | /month (Months 1 to 6 ) | | | |
| Payable | $20.30 | /month (Months 7 to 7 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$5,000.00 Attorney fee, $200.00 in costs, $75.00 Credit Report

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

**III. TREATMENT OF SECURED CLAIMS** ☐ NONE

A. **SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Tiffany Lake Association, Inc
   c/o Kelley, Grant, and Tanis P.A.

   Address: 370 Camino Gardens Blvd Ste 301 Boca Raton FL 33432-0000

   Last 4 Digits of Account No.: 1072

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $45,012.65 | |
   | Arrears Payment (Cure) | $10.00 | /month (Months 1 to 6 ) |
   | Arrears Payment (Cure) | $852.15 | /month (Months 7 to 7 ) |
   | Arrears Payment (Cure) | $832.09 | /month (Months 8 to 60 ) |
   | Regular Payment (Maintain) | $471.71 | /month (Months 1 to 60 ) |

Other: hhoa

■ Real Property
    ■ Principal Residence
    ☐ Other Real Property

Check one below for Real Property:
    ■ Escrow is included in the regular payments
    ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
107 E TIFFANY DR APT 2 West Palm Beach, FL 33407 Palm Beach County

☐ Personal Property/Vehicle

Description of Collateral:

---

2. Creditor: Ram Tax Lien Fund II LP
    Address: PO Box 71054
    Chicago, IL 60694

Arrearage/ Payoff on Petition Date    $862.73 @ 7.25% = $1,031.40
Payoff (Including 0% monthly interest)    $17.19 /month (Months 1 to 60)

Last 4 Digits of Account No.:

Other: tax certificate FOR 2023

■ Real Property
    ■ Principal Residence
    ☐ Other Real Property

Check one below for Real Property:
    ☐ Escrow is included in the regular payments
    ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
107 E TIFFANY DR APT 2 West Palm Beach, FL 33407 Palm Beach County

☐ Personal Property/Vehicle

Description of Collateral:

---

3. Creditor: TLOA of Florida LLC
    Address: Po Box 669488
    Dallas TX 75266-0000

Arrearage/ Payoff on Petition Date    $817.37 @6.75% = $965.40
Payoff (Including 0% monthly interest)    $16.07 /month (Months 1 to 60)

Last 4 Digits of Account No.:

Other: tax certificate FOR 2022

■ Real Property
    ■ Principal Residence
    ☐ Other Real Property

Check one below for Real Property:
    ☐ Escrow is included in the regular payments
    ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
107 E TIFFANY DR APT 2 West Palm Beach, FL 33407 Palm Beach County

☐ Personal Property/Vehicle

Description of Collateral:

---

**B. VALUATION OF COLLATERAL:**    ■ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:**    ■ NONE

    **2. VEHICLES(S):** ☒ NONE

    **3. PERSONAL PROPERTY:** ☒ NONE

**C. LIEN AVOIDANCE** ☒ NONE

**D. SURRENDER OF COLLATERAL:** ☒ NONE

**E. DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | B&Z Asset Management Corp | | 107 E TIFFANY DR APT 2 West Palm Beach, FL 33407 Palm Beach County |
| 2. | Palm Beach County Tax Collector c/o Hampton Peterson, Esq | | 107 E TIFFANY DR APT 2 West Palm Beach, FL 33407 Palm Beach County |
| 3. | I think Financial Credit Union | | 2010 Mercedes Benz E550 151,000 miles VIN # WDDHF7CB7AA036132 |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ☐ NONE

    **A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

    **B. INTERNAL REVENUE SERVICE:** ☒ NONE

    **C. DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

    **D. OTHER:** ☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

    **A.** Pay $40.36 /month (Months 8 to 60 )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C. SEPARATELY CLASSIFIED:** ☒ NONE

**VI. STUDENT LOAN PROGRAM** ☒ NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ☒ NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:**

    ☒ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

**IX. NON-STANDARD PLAN PROVISIONS** ☐ NONE

☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

    In the event the debtor recovers any non-exempt proceeds from their pending lawsuit, those proceeds will be placed in the Debtor's Attorney's Trust Account and turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is provided for in the plan up to 100% of allowed unsecured claims.

☐ Mortgage Modification Mediation

Debtor(s): SELETHEA J SCOTT    Case number: 24-20945-MAM

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/SELETHEA J SCOTT | Debtor | January 8, 2025 | | Joint Debtor | |
|---|---|---|---|---|---|
| SELETHEA J SCOTT | | Date | | | Date |

/s/ SEAN KOPLOW            January 8, 2025
                                         Date

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.